**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 162 EAL 2022

         Respondent              :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

         v.                            :

RADAMES SANABRIA,                 :

         Petitioner              :

## ORDER

**PER CURIAM**

      **AND NOW**, this 29th day of November, 2022, the Petition for Allowance of Appeal and the Motion Requesting Application for Post Submission Communication are **DENIED**.